PER CURIAM.
Affirmed. See Rouse v. Greyhound Rent-A-Car, Inc., 506 F.2d 410, 415-16 (5th Cir. 1975); Consolidated Systems, Inc. v. Allstate Insurance Co., 411 F.2d 157 (5th Cir. 1969); Atlantic National Insurance Co. v. Erie Insurance Exchange, 211 F.Supp. 878 (S.D.Fla.1962); Continental Casualty Co. v. St. Paul Mercury Fire & Marine Insurance Co., 163 F.Supp. 325 (S.D.1958); 16 Couch on Insurance § 62:79 (2d ed. Anderson 166); Anno. 69 A.L.R.2d 1122 (1960).